# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **OTIS MAYS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:23-cv-00109-ACA-NAD |
| **JOHNSON, Assistant Warden, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 23, 2025, recommending the court dismiss this action under 28 U.S.C. § 1915A for failing to state a claim upon which relief can be granted. (Doc. 47). The magistrate judge advised Plaintiff Otis Mays of his right to file specific, written objections within 14 days. (*Id*. at 29–30). On May 27, 2025, the court received an undated motion for extension of time from Mays. (Doc. 48). On May 28, 2025, that motion was granted, allowing Mr. Mays an additional 14 days from the entry date of that order in which to file objections. (Doc. 49). That additional time has now expired, but the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), **THE COURT**

**WILL DISMISS** this action, **WITH PREJUDICE** as to Mr. Mays' *Bivens* claims, and **WITHOUT PREJUDICE** as to any potential Federal Tort Claims Act claims, for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this June 27, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE